FILED
JUL 2 3 2014
DAVID CREWS, CLERK
BY _J. Adams_
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.

DAMARO BOUNDS

CRIMINAL NO. 3:14CR083
18 U.S.C. § 922(g)
18 U.S.C. § 924(c)
21 U.S.C. §§ 841(a) and (b)(1)(C)
21 U.S.C. §§ 841(a) and (b)(1)(D)

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 21, 2014, in the Northern District of Mississippi, DAMARO BOUNDS, defendant, did knowingly and intentionally possess with intent to distribute a mixture and substance containing cocaine base (crack cocaine), a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C).

### COUNT TWO

On or about March 21, 2014, in the Northern District of Mississippi, DAMARO BOUNDS, defendant, did knowingly and intentionally possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(D).

### COUNT THREE

On or about March 21, 2014, in the Northern District of Mississippi, DAMARO BOUNDS, defendant, having been convicted in a court of a felony, that is, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting interstate commerce, namely, a Hi-Point, model JCP, .40 caliber, semi-automatic pistol; all in

y
z

violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FOUR

On or about March 21, 2014, in the Northern District of Mississippi, DAMARO BOUNDS, defendant, did unlawfully and knowingly possess a firearm, that is (1) Hi-Point, model JCP, .40 caliber, semi-automatic pistol, in furtherance of a drug trafficking crime, to wit: possession with the intent to distribute a mixture or substance containing a detectable amount of cocaine base (crack cocaine), in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), as alleged in Count 1 of this Indictment, which Count is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

### Forfeiture Provision

This indictment charges the defendant, DAMARO BOUNDS, with a violation of Title 18, United States Code, Section 922(g). Pursuant to Title 18, United States Code, Section 924(d)(1), upon conviction of the charge violations of the law, defendant shall forfeit to the United States any firearm or ammunition involved in or used in said violation, that is **(1) Hi-Point, model JCP, .40 caliber, semi-automatic pistol**.

A TRUE BILL

_____  
UNITED STATES ATTORNEY

/s/ *Signature Redacted*  
FOREPERSON